UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUIS DAVID HERNANDEZ ORTIZ (3)<br>　aka "LuizDavid Ho,"<br><br>　　　　　Defendant. | Case No. 21cr2430-BAS<br><br>AMENDED ORDER OF<br>CRIMINAL FORFEITURE |

On November 8, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of LUIS DAVID HERNANDEZ ORTIZ, aka "LuizDavid Ho," ("Defendant") in the iPhone Xs Max(A1921) pursuant to Title 21, United States Code, Section 853.

For thirty (30) consecutive days ending on December 22, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the cellphone in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the cellphone.

1   There were no potential third parties known to the United States to have alleged an interest in the forfeited cellphone. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited cellphone described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of, LUIS DAVID HERNANDEZ ORTIZ, aka "LuizDavid Ho," and any and all third parties in the iPhone Xs Max(A1921) is hereby condemned, forfeited and vested in the United States of America.

IT IS FURTHER ORDERED that Homeland Security Investigations shall dispose of the forfeited cellphone according to law.

DATED: November 1, 2023

*(signature)*
Hon. Cynthia Bashant
United States District Judge