**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>LUIS DAVID HERNANDEZ ORTIZ,<br><br>                      Defendant. | Case No. 21-cr-02430-BAS-3<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE (ECF No. 62)** |

      The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821. Under Part B, these retroactive amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who

"did not receive any criminal history points" when calculating the defendant's criminal history. *Id.* § 4C1.1(a)(1)–(10).

Based on this amendment, Defendant Luis David Hernandez Ortiz now files a Motion for Reduction of Sentence. (ECF No. 62.) The Court referred the Motion to Federal Defenders for an evaluation. (ECF No. 63.) Federal Defenders has now filed a Status Report concluding the Court "can decide the Motion on the existing record without the assistance of counsel." (ECF No. 65.)

Defendant's 57-month sentence would still be below Defendant's guideline range even after the guideline amendment is applied. Therefore, Defendant's Motion for Reduction of Sentence (ECF No. 62) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: May 23, 2024**

Hon. Cynthia Bashant
United States District Judge